COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



DAVID REYES AND SONIA VALENZUELA,

Appellants,

v.

ANNETTE BURRUS AND TORNILLO DTP VI, LLC d/b/a GBT REALTY CORPORATION,

Appellees.

§
§
§
§
§
§
§

No. 08-12-00200-CV

Appeal from the

346th Judicial District Court

of El Paso County, Texas

(TC#2012-DCV03532)

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below, dissolve the temporary injunction, and remand the case to the trial court for further proceedings consistent with this Court's opinion.

It appearing to this Court that Appellants are indigent for purposes of this appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF SEPTEMBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.